IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ANDREW P. J. WHITAKER | § | |
| VS. | § | CIVIL ACTION NO.  9:16-CV-52 |
| JOHN BOUNDY | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Andrew P. J. Whitaker, a prisoner confined at the Lychner State Jail, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against John Boundy.  Plaintiff sought leave to proceed *in forma pauperis*.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the action be dismissed pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 3) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 31st day of May, 2016.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE